1  THE SIMON LAW GROUP, LLP
   Travis E. Davis, Esq. (SBN 291776)
2  201 8th Street
   Seal Beach, CA 90740
3  Tel:   (714) 916-5050
   Fax:  (855) 855-8910
4  travis@justiceteam.com

5  Jennifer L. Lynch, Esq. (PHV SBN 157020)
   405 Via Del Norte, Ste. B
6  La Jolla, California  92037
   Tel:   (858) 454-5500
7  Fax:  (858) 454-5502
   jl@lynchlitigation.com
8

9  Attorneys for Plaintiff LYDIA MERCK

10

11 JONES, SKELTON & HOCHULI, PLC
   Phillip H. Stanfield, Esq. (SBN 011729)
12 Clarice A. Spicker, Esq. (SBN 029964)
13 40 North Central Avenue, Suite 2700
   Phoenix, AZ 85004
14 Tel:  (602) 236-1700
15 Fax: (602) 2000-7877
   pstanfield@jshfirm.com
16 cspicker@jshfirm.com

17 Attorneys for Defendant SWIFT
   TRANSPORTATION COMPANY
18

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| LYDIA MERCK, an Individual, | NO. 2:16-CV-01103-ROS |
| Plaintiff, | **JOINT SECOND NOTICE OF DISCOVERY AND SETTLEMENT** |
| v. | |
| SWIFT TRANSPORTATION COMPANY, an Arizona Corporation; CENTRAL REFRIGERATED SERVICES, LLC, a Delaware Corporation; ROBERT GARY PARKER, an Individual; and DOES 1-50, | |
| Defendants. | |

The parties, by and through undersigned counsel submit the following Joint Second Notice of Discovery and Settlement pursuant to this Court's October 25, 2017 Amended Scheduling Order [Doc No. 125].

The parties submitted a First Notice of Discovery and Settlement on January 19, 2017 [Doc No. 36].

The parties have completed all intended depositions, including expert depositions, and have exchanged their pretrial disclosures of trial witnesses and trial exhibits. Defendants are in the process of obtaining additional billing records. Plaintiff has agreed in good faith to allow Defendants to request certain additional billing records outside the discovery deadline so defendants may obtain full and accurate billing records. Plaintiff has also requested the most recent medical and billing records from UNM Center, however, the records have not been received. The parties will mutually exchange these records upon receipt.

On July 13, 2017, the parties attended a Settlement Conference before this Court. No settlement was reached. Counsel for the parties have informally discussed attending private mediation. However, since the Settlement Conference, there have been no formal settlement discussions.

The next hearing set before the Court is the Interim Rule 16 Conference, currently scheduled for January 19, 2018.

DATED this 12th day of January 2018.

| THE SIMON LAW GROUP, LLP | JONES, SKELTON & HOCHULI, P.L.C. |
|---|---|
| By  s/*Travis E. Davis* <br> Travis E. Davis <br> 201 - 8th St. <br> Seal Beach, CA  90740 <br> Attorneys for Plaintiff Lydia Merck | By  s/*Clarice A. Spicker* <br> Phillip H. Stanfield <br> Clarice A. Spicker <br> 40 North Central Avenue, Suite 2700 <br> Phoenix, Arizona  85004 <br> Attorneys for Defendant Swift Transportation and Intervenor Red Rock Risk Retention Group |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of January, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to:

Phillip H. Stanfield
Clarice A. Spicker
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant SWIFT TRANSPORTATION

DATED: January 12, 2018

By:  _s/ Travis E. Davis__
Travis E. Davis
Attorney for Plaintiff
LYDIA MERCK