THE SIMON LAW GROUP, LLP
Travis E. Davis, Esq. (SBN 291776)
201 8th Street
Seal Beach, CA 90740
Tel:   (714) 916-5050
Fax:  (855) 855-8910
travis@justiceteam.com

Jennifer L. Lynch, Esq. (PHV SBN 157020)
405 Via Del Norte, Ste. B
La Jolla, California  92037
Tel:   (858) 454-5500
Fax:   (858) 454-5502
jl@lynchlitigation.com

Attorneys for Plaintiff LYDIA MERCK


JONES, SKELTON & HOCHULI, PLC

Phillip H. Stanfield, Esq. (SBN 011729)

Clarice A. Spicker, Esq. (SBN 029964)

40 North Central Avenue, Suite 2700

Phoenix, AZ 85004

Tel:  (602) 236-1700

Fax: (602) 2000-7877

pstanfield@jshfirm.com
cspicker@jshfirm.com

Attorneys for Defendant SWIFT
TRANSPORTATION COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| LYDIA MERCK, an Individual, | NO. 2:16-CV-01103-ROS |
| Plaintiff, | **CORRECTED JOINT THIRD NOTICE OF DISCOVERY AND SETTLEMENT** |
| v. | |
| SWIFT TRANSPORTATION COMPANY, an Arizona Corporation; CENTRAL REFRIGERATED SERVICES, LLC, a Delaware Corporation; ROBERT GARY PARKER, an Individual; and DOES 1-50, | **[ERRONEOUSLY FILED AS "SECOND" NOTICE – DOC. NO. 142]** |
| Defendants. | |

The parties, by and through undersigned counsel submit the following Joint Third Notice of Discovery and Settlement pursuant to this Court's October 25, 2017 Amended Scheduling Order [Doc No. 125].

The parties submitted a First Notice of Discovery and Settlement on January 19, 2017 [Doc No. 36] and a Second Notice of Discovery and Settlement on May 25, 2017 [Doc No. 51].

The parties have completed all intended depositions, including expert depositions, and have exchanged their pretrial disclosures of trial witnesses and trial exhibits. Defendants are in the process of obtaining additional billing records. Plaintiff has agreed in good faith to allow Defendants to request certain additional billing records outside the discovery deadline so defendants may obtain full and accurate billing records. Plaintiff has also requested the most recent medical and billing records from UNM Center, however, the records have not been received. The parties will mutually exchange these records upon receipt.

On July 13, 2017, the parties attended a Settlement Conference before this Court. No settlement was reached. Counsel for the parties have informally discussed attending private mediation. However, since the Settlement Conference, there have been no formal settlement discussions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6167919.1

1    The next hearing set before the Court is the Interim Rule 16 Conference,

2    currently scheduled for January 19, 2018.

3    DATED this 12th day of January 2018.

4    THE SIMON LAW GROUP, LLP        JONES, SKELTON & HOCHULI, P.L.C.

5

6    By  s/*Travis E. Davis*            By  s/*Clarice A. Spicker*

7        Travis E. Davis                   Phillip H. Stanfield
         201 - 8th St.                     Clarice A. Spicker
8        Seal Beach, CA  90740             40 North Central Avenue, Suite 2700
         Attorneys for Plaintiff Lydia     Phoenix, Arizona  85004
9        Merck                             Attorneys for Defendant Swift
                                           Transportation and Intervenor Red Rock
10                                         Risk Retention Group

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6167919.1                              3

1

**CERTIFICATE OF SERVICE**

2          The undersigned hereby certifies that on the 12th day of January, 2018, I

3   electronically filed the foregoing with the clerk of the court by using the CM/ECF

4   system which will send electronic notice of this filing to:

5

6   Phillip H. Stanfield

7   Clarice A. Spicker

8   40 North Central Avenue, Suite 2700

9   Phoenix, Arizona 85004

10  Attorneys for Defendant SWIFT TRANSPORTATION

11

12

13  DATED:  January 12, 2018

14                                        By:     s/ Travis E. Davis
                                                  Travis E. Davis
15                                                Attorney for Plaintiff
                                                  LYDIA MERCK
16

17

18

19

20

21

22

23

24

25

26

27

28

6167919.1                                   4