**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lydia Merck, | No. CV-16-01103-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Swift Transportation Company, et al., | |
| Defendants. | |

The parties will, once again, be instructed to resubmit their Jury Instructions. As a reminder, this Court previously instructed the parties to submit "Jury Instructions in compliance with the procedures available on the Court's website." In doing so, the Court's order explicitly informed the parties to submit "a *joint* set of proposed jury instructions where the parties' instructions agree" and "a *separate* set of instructions where the parties do not agree." The Court further ordered that, "[w]here the parties do not agree, the opposing party shall clearly state its objection to the proposed instruction and the proposing party shall clearly state its response." (Doc. 170).

The parties resubmitted their proposed jury instructions. It appears the parties have only one dispute concerning the instructions. If incorrect, the parties are to immediately inform the Court. But although it appears there is agreement on many of the jury instructions, the parties only referenced to the numbers of the instruction and did not set forth the jury instructions' content.

Thus, the parties will be ordered to resubmit their joint jury instructions for a third

time. These jury instructions must be submitted precisely as they are to be read to the jury, meaning the complete language of each agreed-upon instruction must be included. Further, each instruction must be set forth on a separate page, with citations to authority omitted. An example is below:

> 1.6 BURDEN OF PROOF—PREPONDERANCE OF THE EVIDENCE
>
> When a party has the burden of proving any claim by a preponderance of the evidence, it means you must be persuaded by the evidence that the claim is more probably true than not true. You should base your decision on all of the evidence, regardless of which party presented it.

The parties are reminded to consult the instructions on the Court's website and the Local Rules prior to submitting their jury instructions. Further, considering trial begins in only a few days, the parties are encouraged to contact chambers, of course including opposing counsel in all communications, to resolve any residual confusion.

Accordingly,

**IT IS ORDERED** the parties shall submit revised Jury Instructions order no later than Friday, September 28, 2018, at 9:00 A.M. in accordance with the instructions set forth above.

Dated this 27th day of September, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge