1 | Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
2 | JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
3 | Phoenix, Arizona  85004
Telephone:  (602) 263-1700; Fax:  (602) 200-7877
4 | pstanfield@jshfirm.com
cspicker@jshfirm.com
5 |
Attorneys for Defendants Swift Transportation and
6 | Intervenor Red Rock Risk Retention Group

7 |

**UNITED STATES DISTRICT COURT**

8 |

**DISTRICT OF ARIZONA**

9 |

| Lydia Merck, an Individual, | NO. 2:16-CV-01103-ROS |
| --- | --- |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Swift Transportation Company, an Arizona Corporation; Central Refrigerated Services, LLC, a Delaware Corporation; Robert Gary Parker, an Individual; and Does 1-50, | |
| Defendants. | |

        Defendants, by and through undersigned counsel, advise the Court that the parties

have reached a settlement in the above-captioned action.  A Stipulation for Dismissal will

be filed shortly.

        DATED this  4th day of October, 2018.

                                JONES, SKELTON & HOCHULI, P.L.C.


                                By /s/ Clarice A. Spicker
                                    Phillip H. Stanfield
                                    Clarice A. Spicker
                                    40 North Central Avenue, Suite 2700
                                    Phoenix, Arizona  85004
                                    Attorneys for Defendant Swift
                                    Transportation and Intervenor Red Rock
                                    Risk Retention Group

7082885.1

1

2

**CERTIFICATE OF SERVICE**

3

I hereby certify that on this   4th day of October, 2018, I caused the

4

foregoing document to be filed electronically with the Clerk of Court through the

5

CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF

6

system.

7

/s/  Becky Finnell

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7082885.1                                               2